## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

REBECCA FOX,

      Plaintiff,                          JUDGMENT IN A CIVIL CASE

    v.                                 Case No.  13-cv-774-jdp

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

      Defendant.

This action came before the court for consideration with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Rebecca Fox against defendant Carolyn W. Colvin awarding plaintiff attorney fees and costs in the amount of $6,350 pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412.

| s/ J. Smith, Deputy Clerk | 4/2/2015 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |